MEMO ENDORSED



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

January 30, 2020

*Via ECF*
Honorable Nelson S. Roman
United States District Judge
300 Quarropas Street, Room 218
White Plains, NY 10601

                RE:  United States v. Willie Sims, (Maurice Ellis)
                     19-cr-857 (NSR) - 02

Dear Judge Roman:

      I was appointed under the Criminal Justice Act (CJA) on behalf of Maurice Ellis in the above matter, which charges a narcotics conspiracy. He is detained at the Westchester County Jail. I join in the request of Mr. Brill on behalf of his client, Willie Sims, to attend the funeral of his sister, Dorothy. Dorothy was also the sister of my client, Maurice Ellis.

      I therefore respectfully request that Mr. Ellis also be released from custody and taken by the US Marshal's to attend the funeral, which is scheduled to occur on Monday, February 3, 2020 at the Mount Lebanon Baptist Church, located at 648 Harrison Avenue, Peekskill, NY. I understand the viewing is scheduled to begin at 9 am and the service will begin at 10 am.

      The government opposes this request. Your Honor's consideration of this request is greatly appreciated.

Again, the Court is truly sympathetic to Mr. Ellis for the passing of his sister but the application must be denied nunc pro tunc. Clerk of the Court requested to terminate the motion (doc. 37). Dated: Feb. 4, 2020

Respectfully submitted,

s/
Lorraine Gauli-Rufo, Esq.
CJA Attorney for Maurice Ellis

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE