UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

MAURICE ELLIS,

              Defendant.

------------------------------------------------x

**ORDER**

19 Cr.857-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____**Lorraine Gauli-Rufo**_____ is hereby ordered substituted
                                                   Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____**Susan C. Wolfe**_____.
          Attorney's Name

                                  SO ORDERED.

                                    NELSON S. ROMÁN,
                                    UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
           September 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020