# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  August 4, 2021 |

United States District Court
Southern District of New York

----------------------------------------------------------X

United States of America,

                        Plaintiff

      -against-

Maurice Ellis

                   Defendant

----------------------------------------------------------X

**SCHEDULING ORDER**

7:19-cr-00857-NSR-2

TO ALL PARTIES:

The Court has scheduled a waiver of indictment/plea hearing for 8/10/2021 at 11 am  before
Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon.
Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY
      courthouse must complete a questionnaire and have his or her temperature taken.  The
      questionnaire is located on the Court's website at
      https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  8/4/2021
      White Plains, New York

                              SO ORDERED:

                              s/      PED
                              _____

                              PAUL E. DAVISON
                              United States Magistrate Judge