UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

                                                                                                                      S4 19 Cr. 857-02 (NSR)

      - against -

MAURICE ELLIS,                                              ORDER ACCEPTING
                                                                         PLEA ALLOCUTION
                               Defendant.

------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated August 10, 2021, is approved and accepted.

                                                                           SO ORDERED.

                                                                           _____
                                                                           Hon. Nelson S. Román,
                                                                           United States District Judge

Dated: White Plains, NY
         August 27, 2021.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/27/2021__