**MEMO ENDORSED**

# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

| | |
|---|---|
| Tel:   (917) 209-0441 | Diane Fischer, |
| Email: scwolfe@scwolfelaw.com | of counsel |

November 3, 2021

*Via* email: Gina_Sicora@nysd.uscourts.gov

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Maurice Ellis, 19-cr-857* -02

Dear Judge Román:

With the consent of the government, I am writing to request an adjournment of Mr. Ellis' sentencing from the current date of November 17, 2021, to the week of December 13, 2021.

Thank you for your consideration.

Respectfully submitted,

s/

Susan C. Wolfe

---

**Endorsement:**

Deft's request to adjourn the in-person Sentencing from Nov. 17, 2021 until Dec. 16, 2021 at 10:00 am with an alternate date of Dec, 15, 2021 at 10:00 am is GRANTED with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 229).   Dated: Nov. 9, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/9/2021__