# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

MEMO ENDORSED

Tel:     (917) 209-0441
Email:  scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

December 1, 2021

> The parties' joint request to adjourn the in-person Sentencing from Dec. 16 or 15, 2021 until Jan. 26, 2022 at 2:00 pm with an alternate date of Jan. 28, 2022 at 2 pm is GRANTED. Clerk of Court is requested to terminate the motion (doc. 234).
> Dated: White Plains, NY
> Dec. 3, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

*Via* email: Gina_Sicora@nysd.uscourts.gov

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Maurice Ellis, 19-cr-857*-02 (NSR)

Dear Judge Román:

    After conferring with the government, the parties jointly request an adjournment of Mr. Ellis' sentencing from the current date of December 16, 2021, to a date in the latter part of January, 2022. Mr. Ellis seeks the additional time to gather more letters from family and friends and counsel could use more time to review the Equal Act and its potential impact in this case.

    Thank you for your consideration.

Respectfully submitted,

s/

Susan C. Wolfe



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021